## POTEET v. STATE.

### No. 13726.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

Jno. T. Spann, of Crystal City, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Prosecution was under article 910, P. C., which denounces as an offense the killing, hunting, or possessing of a female deer. Appellant was convicted, punishment being assessed at a fine of $50.

The record contains neither statement of facts nor bills of exception; in this condition, nothing is presented for review.

The judgment is affirmed.